AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# *United States District Court*

_____SOUTHERN_____    DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

EDUARDO VILAHO RODRIGUEZ

**TO:    The United States Marshal
and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6360
## CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest____EDUARDO VILAHO RODRIGUEZ____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Theft of interstate and foreign shipment of freight,

in violation of Title_18_  United States Code, Sections ____371; 659 and 2____

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

_____                   12/19/00, Fort Lauderdale, Florida
Signature of Issuing Officer                       Date and Location

Bail fixed at _$100,000 CSB with Dechia_           by BARRY S. SELTZER, U.S. Magistrate Judge
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |