# United States District Court

_____ SOUTHERN _____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
EDUARDO VILAHO RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6360
CR - DIMITROULEAS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ EDUARDO VILAHO RODRIGUEZ _____

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections 371, 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $100,000 CSB with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Detroit, Michigan |

| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone U.S. Marshal S/District of FL | SIGNATURE OF ARRESTING OFFICER John Walker, ASDUSM |
|---|---|---|
| DATE OF ARREST 7/27/01 | | |