FILED by _____ D.C.

AUG 10 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 29769-039

UNITED STATES OF AMERICA )
                 Plaintiff ) Case Number: CR 00-6360-CR-WPD
                           ) REPORT COMMENCING CRIMINAL
-vs-                     ) ACTION

EDUARDO V. RODRIGUEZ )
               Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A". 8-10-01

(1) Date and Time of Arrest: SELF SURR am/pm

(2) Language Spoken: ENGLISH SPANISH

(3) Offense(s) Charged: THEFT ON INTERSTATE SHIPMENT

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 4-27-52

(6) Type of Charging Document: (check one)
   [ ] Indictment  [ ] Complaint To be filed/Already filed
   Case# _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: SD/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ]

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8-10-01   (9) Arresting Officer: _____

(10) Agency: USMS   (11) Phone: _____

(12) Comments: _____