**COURT MINUTES**

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: EDUARDO RODRIGUEZ ( B)     CASE NO: 00-6360-CR-Dimitrouleas

AUSA: Don Chase / _Colin Roxuban_   ATTY: _____

AGENT: _____     VIOL: _____

PROCEEDING: Initial Appearance     RECOMMENDED BOND: (bond set in district of arrest)

BOND HEARING HELD (yes) no     COUNSEL APPOINTED:

BOND SET @: $ 10,000 PSB     To be cosigned by: _____
Conta as set

- ☑ Do not violate any law.
- ☑ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone. ____ x's a week/month in person.  in Miami
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☑ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: SD/FL
- ✓ Reside (at current address)
- ☐ Halfway House _____

**INTERPRETER REQUIRED**

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 8-17-01   11:00am   SNOW
STATUS CONFERENCE: _____

DATE: 8-10-01   TIME: 11;00am   TAPE # 01- 061   Begin: 893 End: 1400.8