UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.                                 CASE NO. 00-6360-CR-WPD

EDUARDO GONZALEZ,

    Defendant.
_____/

### NOTICE OF APPEARANCE OF CJA COUNSEL

TO THE CLERK OF THE COURT:

Please enter the appearance of MANUEL GONZALEZ, JR., ESQ., as CJA Court Appointed Counsel of record for the Defendant in the above- styled cause. Counsel requests that all pleadings, notices, and/or other papers be sent to said counsel by the Clerk of the above Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail to the Office of the U.S. Attorney, Donald Chase, A.U.S.A., 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394, this 11th day of August, 2001.

                              Respectfully submitted,

                              MANUEL GONZALEZ, JR., ESQ.
                              Attorney for Defendant
                              782 N.W. Le Jeune Road
                              Suite 440
                              Miami, Florida 33126
                              (305) 567-0100

                              BY: _____
                              MANUEL GONZALEZ, JR., ESQ.
                              FLORIDA BAR NO. 397997