## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: EDUARDO RODRIGUEZ (B) | CASE NO: 00-6360-CR-DIMITROULEAS |
| AUSA: DON CHASE *Barkfeld* | ATTY: MANUEL GONZALEZ |
| AGENT: | VIOL: |

PROCEEDING: ARRAIGNMENT    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

*Spanish* **INTERPRETER REQUIRED**

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Sept 10 | 11 | Seltzer | |

DATE: 8/20/01   TIME: 11:00   FTL/LSS TAPE # 01 - 039   Begin: 2591   End: 3006

