UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

EDUARDO RODRIGUEZ

[FILED by AUG 20 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA FT. LAUD.]

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 20, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: ON BOND FORM _____
                     _____
                     Telephone:_____

DEFENSE COUNSEL:     Name: ____ MANNY GONZALEZ, ESQ. _____
                     Address:_____
                     _____
                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  20TH  day of   AUGUST          , 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jinny Butler_
    Deputy Clerk

Tape No. 01- 039

cc: Copy for Judge
    U. S. Attorney

