## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | EDUARDO RODRIGUEZ (no deft) | CASE NO: | 00-6360-CR-Dimitrouleas |
| AUSA: | Don Chase *present* | ATTY: | Manuel Gonzalez *not present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | RECOMMENDED BOND: | FILED by ___ D.C. INTAKE |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | SEP 10 2001 |
| BOND SET @: | | To be cosigned by: | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA - FT. LAUD. |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Discovery out
Plea negotiations
underway
Oct 1 trial date
3 day to try
Court will be
ready by Oct 1

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-10-01   TIME: 11:00am   TAPE #01- 068   Begin: 560   End: 590

301/59