UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

EDUARDO RODRIGUEZ,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 10, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that it will today be conducting a discovery conference with defense counsel. The Government further represented that there are no motions currently pending, that it is ready to proceed, and that this matter will require three days to try.

2. Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this _____ day of September 2001.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Don Chase, Esquire
Assistant United States Attorney

Manuel Gonzalez, Esquire
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126
Attorney for Defendant