UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

Plaintiff,

vs.

EDUARDO VILAHO RODRIGUEZ,

Defendant.
_____/



## ORDER DENYING MOTION FOR CONTINUANCE OF
## TRIAL, WITHOUT PREJUDICE

THIS CAUSE having come before this Court on Defendant's September 17, 2001

Unopposed Motion For Continuance of Trial, and the Court noting that no proposed order, as

required by Local Rule 7.1A12 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby Denied Without

Prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

17 day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Manuel Gonzalez, Jr.
782 N.W. 42nd Street, #440
Miami, FL 33126

Don Chase, AUSA

