UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6360-CR-DIMITROULEAS

Plaintiff,

vs.  **ORDER GRANTING CONTINUANCE**

EDUARDO RODRIGUEZ,

Defendant(s).
_____/

THIS MATTER having come before the Court upon Defendant, Eduardo Rodriguez's, September 28, 2001, Oral Motion For Continuance, after due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the trial calendar commencing November 5, 2001, at 9:00 A.M. o'clock, or as soon thereafter as the case may be called, it being further

ORDERED AND ADJUDGED that a calendar call will be held on November 2, 2001, at 9:00 A.M. o'clock, unless counsel are otherwise notified, it being further

ORDERED AND ADJUDGED that the period from September 28, 2001, through November 5, 2001, shall be deemed excludable in computing the time within which the trial of the case must commence. Pursuant to Title 18, U.S.C. Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial in this case outweigh the best interests of the public and the Defendant(s) in a speedy trial.

DONE AND ORDERED in Ft. Lauderdale, Florida, this 28 day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to: Donald Chase, AUSA and Manuel Gonzalez, Esq

308