**CRIMINAL MINUTES**

D.C.

SEP 2 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: _00-6360-CR-WPD_ DATE: _Sept 25, 2001_

COURTROOM CLERK: TROY T. WALKER    COURT REPORTER: Bob Ryckoff

PROBATION: _none_    INTERPRETER: _Spanish_

UNITED STATES OF AMERICA    VS. _Casm de Rodrigues_

U.S. ATTORNEY: _R. Chavez_    DEFT. COUNSEL: _M. Rosales_

REASON FOR HEARING: _Cal Call_

RESULT OF HEARING: _Motion to Continue is_
_Trial 11/5/00 ; CC 11/2/01 9:00am_

_____

_____

_____

_____

_____

_____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC:_____

_____

309