# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360 CR-WPD   DATE: 11-2-01

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Penny Butler   INTERPRETER: SPANISH (good)

UNITED STATES OF AMERICA   VS. Eduardo Rodriguez

U.S. ATTORNEY: Don Chase   DEFT. COUNSEL: Manuel Gonzalez

REASON FOR HEARING: Calendar call

RESULT OF HEARING: Deft not present – Counsel requested continuance

Granted

Wednesday – 301 N. Miami Ave.

CASE CONTINUED TO: 11-7   TIME: 1:00 pm   FOR: _____

MISC: Change of plea