# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-Cr-WPD   DATE: November 8, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA   vs. Eduardo Rodriguez

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Manuel Gonzalez

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft Ready for Trial. Gvt has witness conflict. Court will select a jury on 11/13/01

CASE CONTINUED TO: 11/13/01    TIME: 915    FOR: Jury Selection

MISC: _____