UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>00-6360-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA )
)
)
v. )
)
)
)
EDUARDO VILAHO RODRIGUEZ, )
)
Defendant. )
_____ )

## NOTICE OF GOVERNMENT'S INTENT TO INTRODUCE
## FEDERAL RULE OF EVIDENCE 404(B) SIMILAR ACT EVIDENCE

Notice is hereby provided of the government's intention to introduce pursuant to

Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits,

testimony, and evidence related to the following convictions of the defendant:

Arrest on October 19, 1999 for Grand Theft of Tractor Trailer and Electronics

and Computer Parts inside that led to his conviction on July 25, 2000 in case

number 99-355581 in the 11th Judicial Circuit Court in and for Dade County

for Grand Theft Second Degree and Grand Theft First Degree upon a plea

of guilty and an adjudication of guilty and imposition of a sentence of 180

days incarceration.  See attached report and copy of conviction.

Arrest on July 3, 2000 for Attempted Burglary of Conveyance and

Possession of Burglary Tools after Defendant was observed by a police

officer attempting forced entry into tractor trailers parked behind an Office

Depot using a screw driver that led to his conviction on July 25, 2000 in case

number M00042127 in the 11th Judicial Circuit Court in and for Dade County

for Loitering and Prowling.  See attached report and certification of



conviction.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Tel. (954) 356-7255
Fax. (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed

on November 8, 2001 to Manuel Gonzalez, Jr., Esquire, 782 NW LeJeune Road, Suite

440, Miami, Florida 33126.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

IN THE CIRCUIT AND COUNTY COURTS OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

IN AND FOR MIAMI-DADE COUNTY


I, HARVEY RUVIN, CLERK OF THE CIRCUIT AND COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY, DO HEREBY CERTIFY THAT A DILIGENT EXAMINATION OF THE FELONY, MISDEMEANOR AND NON CRIMINAL VIOLATION FILES AND RECORDS IN MY OFFICE REGARDING:


NAME: RODRIGUEZ, EDUARDO VILAHU
DATE OF BIRTH: 04/27/1952
RACE: WHITE          SEX: MALE
YEARS RESEARCHED: 1998 - 2001

INDICATES THE FOLLOWING:

| CASE NUMBER | CITATION/ ARREST / FILE DATE | CHARGES | DISPOSITION | DISPO DATE |
|---|---|---|---|---|
| F0043127 | 07/03/2000 | LOITERING OR PROWL | CREDIT TIME SERVED | 07/25/200 |
| F0021179 | 07/03/2000 | BURG/UNOCC CONVY/ATT | NO ACTION - FIL CT | 07/24/200 |
| | | BURGLARY TOOLS/POSN | NO ACTION - FIL CT | 07/24/200 |
| F99035521 | 10/19/1999 | GRAND THEFT 1ST DEG | CONV AND SENT | 07/25/200 |
| | | GRAND THEFT 2ND DEG | CONV & SENT-CONCUR | 07/25/200 |
| F99035344 | 10/16/1999 | GRAND THEFT 1ST DEG | NO ACTION | 11/15/199 |
| | | STOLEN PROP/DEAL IN | NO ACTION | 11/15/199 |
| F98037323 | 11/03/1998 | ROBBERY/STRONGARM | ADJ WITHHELD/ SENT | 12/11/199 |

PURSUANT TO FLORIDA RULES OF COURT (RULE 2.075), RETENTION OF COURT RECORDS, THE REQUIREMENT FOR RETAINING MISDEMEANOR CASES IS 5 YEARS, AND FELONY CASES (NOT ADJUDICATED GUILTY) IS 10 YEARS. THEREFORE, THE ABOVE FILE(S) IS/ARE UNAVAILABLE IF ANY OF THEM HAVE AN APPLICABLE DISPOSITION DATE.


WITNESS MY HAND AND THE SEAL OF THE COURT AT MIAMI, MIAMI-DADE COUNTY, FLORIDA, THIS 07 DAY OF NOVEMBER, 2001.


HARVEY RUVIN, CLERK
CIRCUIT AND COUNTY COURTS
IN AND FOR MIAMI-DADE CO

BY: _____
DEPUTY CLERK

Deputy Clerk of the Circuit Court
of the Eleventh Judicial Circuit
of Florida, in and for Dade County

PAGE: 001

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA. | | 153 |
| ☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA. | | |

| DIVISION | JUDGMENT | CASE NUMBER |
|---|---|---|
| ☒ CRIMINAL<br>☐ OTHER | ☐ Probation Violator    ☐ Retrial<br>☐ Community Control Violator    ☐ Resentence | 99-35581 |

THE STATE OF FLORIDA    VS.    EDUARDO VILAHU RODRIGUEZ

FILED

AUG 0 1 2000

Clerk

PLAINTIFF                                              DEFENDANT

The Defendant, ___EDUARDO VILAHU RODRIGUEZ___ , being personally before this Court represented by

___J. HOGAN___ , his attorney of record, and the State represented by ___K. SLYE___ ,

Assistant State 's Attorney, and having:

☐ been tried and found guilty    ☒ entered a plea of guilty    ☐ entered a plea of nolo contendere

to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE NO. | DEGREE OF CRIME | OBTS NO. |
|---|---|---|---|---|
| 1 | GRAND THEFT SECOND DEGREE | 812.014(2)(b) | 2F | |
| 2 | GRAND THEFT FIRST DEGREE | 812.014(1)(2)(a) | 1F | |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

RECORDED

AUG 1 5 2000

Clerk of Circuit
& County Courts

Page 1 of 2 3

cc 7/26/00

CLK/CT 401    REV. 12/98

OFF REC BK 19231PG4592

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CRIMINAL<br>☐ OTHER | CHARGES/COSTS/FEES | CASE NUMBER<br>99-35581 |
|---|---|---|

THE STATE OF FLORIDA       VS.    EDUARDO VILAHU RODRIGUEZ

CLOCK IN

PLAINTIFF                          DEFENDANT

The Defendant is hereby ordered to pay the following sum if checked:

☒     Fifty dollars ($50.00) pursuant to F.S. 938.03 (Crimes Compensation Trust Fund).

☒     Five dollars ($5.00) as a court cost pursuant to F.S. 938.01 (1) $3.00, F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds).

☐     A fine in the sum of $_____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as a part of a sentence to F.S. 775.083 are to be recorded on the Senetnce page(s)).

☐     Twenty dollars ($20.00) pursuant to F.S. 938.09 (Handicapped and Elderly Security Assistance Trust Fund).

☒     A sum of $___200.00___ pursuant to 938.05 (Local Government Criminal Justice Trust Fund).

☐     Restitution in accordance with attached order.

☒     Three dollars ($3.00) Juvenile Assessment Center pursuant to Dade County Ordinance 96-182, F.S. incorporating F.S. 938.17.

☒     A sum of $___40.00___ pursuant to F.S. 27.52 (Public Defender Application Fee).

☒     A sum of $___150.00___ pursuant to F.S. 939.18 (Court Facilities Cost).

☐     A sum of $_____ pursuant to F.S. 938.06 (Crime Stopper's Programs).

☒     A sum of $___3.00___ pursuant to F.S. 938.19 (Teen Courts).

☐     A sum of $_____ pursuant to F.S. 775.083 (Crime Prevention Programs).

Other_____

DONE AND ORDERED in Open Court in Dade County, Florida this __25__ day of __JULY__, 20 _00_.

_____
JUDGE
LEON M. FIRTEL

OFF REC BK                    Page _2_ of _3_

CLK/CT 413 REV. 1/00

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION ☒ CRIMINAL ☐ OTHER | FINGERPRINTS OF DEFENDANT | CASE NUMBER 99-35581 |

THE STATE OF FLORIDA     VS.

*Eduardo Rodriguez*

PLAINTIFF                          DEFENDANT

CLOCK IN

FILED
JUL 2 5 2000

## FINGERPRINTS AND SOCIAL SECURITY NUMBER OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|

Fingerprints taken by: _____
Name          Title

Defendant's social security number is _____ N/A

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the Defendant, _____
and that they were placed thereon by said Defendant in my presence in Open Court this date, and that the defendant either

☐ provided the above - mentioned social security number.
OR
☒ was unable or unwilling to provide his/her social security number.

DONE AND ORDERED in Open Court In Dade County, Florida this _25_ day of _July_ 20 _00_.

OFF REC BK          Page 3 OF 3      LEON M. FIRTEL      JUDGE

19231PG4594

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA.

**258**

| CRIMINAL DIVISION | SENTENCE<br><br>(AS TO COUNT _1 & 2_ ) | | CASE NUMBER<br>99-35581<br><br>OBTS NUMBER _____ |
|---|---|---|---|

THE STATE OF FLORIDA          VS.    EDUARDO VILAHU RODRIGUEZ

CLOCK IN

AUG 0 1 2000

PLAINTIFF                              DEFENDANT

The defendant, being personally before this Court, accompanied by his attorney, ___J. HOGAN___,
and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and
to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and
no cause being shown and the Court having:

☐ on _____ deferred imposition of sentence until this date.

(Check one)  ☐ previously entered a judgment in this case on the defendant now resentences the defendant.

☐ placed the defendant on Probation/Community Control and having subsequently revoked the
defendant's Probation/Community Control.

IT IS THE SENTENCE OF THE COURT that the defendant:

☐ pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____
as the 5% surcharge required by F.S. 938.04.

☐ is hereby committed to the custody of the Department of Corrections.

☒ is hereby committed to the custody of the Sheriff of Dade County, Florida.

☐ is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one: unmarked sections are inapplicable)

☐ for a term of Natural Life.

☒ for a term of  ONE HUNDRED AND EIGHTY (180) DAYS _____.

☐ said SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth
in this Order.

☐ IT IS FURTHER ORDERED that the entry of sentence be suspended as to count(s) _____ of this case.

OFF REC BK 19231 PG 4595

CLK/CT 405 REV. 8/97          CC 7/26/00          (1) PAGE _1_ OF _2_

Defendant ___EDUARDO VILAHU RODRIGUEZ___

OTHER PROVISIONS                    Case Number ___99-35581___

**RETENTION OF**
**JURISDICTION** _____    The Court retains jurisdiction over the defendant pursuant to Florida Statutes 947.16(3).

**JAIL CREDIT** ___X___    It is further ordered that the Defendant shall be allowed a total of ___all___ days as credit for time incarcerated prior to imposition of this sentence.

**PRISON CREDIT** _____    It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/**
**CONCURRENT AS TO**
**OTHER COUNTS** ___X___    It is further ordered that the sentence imposed for count(s) ___1 & 2___ shall run (check one) ☐ consecutive to ☒ concurrent with the sentence set forth in count(s) ___1 & 2___ of this case.

**CONSECUTIVE/**
**CONCURRENT AS TO**
**OTHER CONVICTIONS** ___X___    It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☒ concurrent with the following: but not coterminous:

_____    Any active sentence being served.
___X___    Specific sentences: ___M00-42127___

_____

_____

**BLOOD SAMPLE**
**REQUIRED** _____    It is further ordered, pursuant to section 943.325, Florida Statutes, that the defendant, having been convicted of an attempt or offense under section 794 (sexual battery), 800 (lewdness or indecent exposure), 782.04 (murder), 784.045 (aggravated battery), 812.133 (car jacking), or 812.135 (home invasion robbery) shall be required to submit blood specimens.

In the event the above sentence is to the Department of Corrections, the Sheriff of Dade County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

In imposing the above sentence, the Court further recommends _____

_____

_____

DONE AND ORDERED in Open Court at Dade County, Florida, this ___25___ day of ___JULY___ , x8 2000.

**OFF REC BK**                    JUDGE LEON M. FIRTEL

CLK/CT 405 REV. 3/98    **I923IPG4596**    (3) PAGE __2__ OF __2__

## COMPLAINT/ARREST AFFIDAVIT

PFC 10/27/99
DL 45 AM
WESTHORN

| | |
|---|---|
| OBTS Number | ☒ Felony ☐ Misdemeanor ☐ Traffic ☐ Juvenile ☐ Warrant   9883524   Police Case No. 2931018y |

IDS No.    Agency Code 87    Municipal P.O. Del./ID No.    MDPD Records and ID No. 400260   Court Case No. 9903558?

**DEFENDANT'S NAME** Last RODRIGUEZ First EDUARDO Middle VILAHU   DOB mo/day/yr 04/27/1952   Sex M   Race W   Ethnic   Height 5'8"   Weight 125   Hair DRO   Eyes BRO

**LOCAL ADDRESS** Street 2835 SW 24 ST   City MIAMI   State FL   Zip 33145   Phone

**PERMANENT ADDRESS**   Address Source ☐ Verbal ☐ Voter's I.D. ☒ Driver's License ☐ Other

**BUSINESS ADDRESS**   Occupation DRIVER   Place of Birth CUBA

**DRIVER'S LICENSE NO.**   State   Social Security No.   Scars, Tattoos, Unique Physical Features

Weapon Seized? Type ☐ Yes ☒ No   Arrest Date mo/day/yr 10/19/1999   Arrest Time 17:45 ☐ A.M. ☒ P.M.   Arrest Location (include name of business) NW 20 ST 20 AVE   GRID

If Def. Has Concealed Weapons Permit PERMIT # W-   For Robbery, Burglary, F/A Viol: Suspected History of drug involvement? ☐ Yes ☐ No   No. Cases Cleared   Influence of Drugs ☐ Yes ☒ No ☐ Unk.   Influence of Alcoh. ☐ Yes ☐ No ☒ Unk.   Citizenship CUBA   Resid. Type ☐ City ☐ Florida ☐ Dade ☐ Out of State

**CO-DEFENDANTS**

1. Last ___ First ___ Middle ___   DOB mo/day/yr ___   ☐ In Custody ☐ At Large ☐ Felony ☐ Misdemeanor ☐ Juvenile
2. Last ___ First ___ Middle ___   DOB mo/day/yr ___   ☐ In Custody ☐ At Large ☐ Felony ☐ Misdemeanor ☐ Juvenile

DRUG ACTIVITY: S. Sel R. Smuggle K. Dispense/ Distribute M. Manufacture/ Produce/ Cultivate   N. N/A B. Buy Q. Deliver E. Use Z. Other   DRUG TYPE: N. N/A A. Amphetamines B. Barbiturate C. Cocaine E. Heroin H. Hallucinogen M. Marijuana O. Opium/Deriv. P. Paraphernalia Equipment S. Synthetic U. Unknown Z. Other

SIGNAL: ☐ 100 ☐ 150 ☐ 200 ☐ 250 ☐ 300 ☐ 400

| CHARGES | Activity | Type | Counts | STATUTE | O.V. | ☐ AC ☐ CAPIAS ☐ BW ☐ FW ☐ PWQ CIT# | VIOLATION OF SECT. |
|---|---|---|---|---|---|---|---|
| Grand Theft Auto | N | N | 1 | 812.014(2)(A)2.A | | | 37-1 |
| Grand Theft (Trailer) | N | N | 1 | 812.014(2)(A)2.A | | | |
| Grand Theft (Property) | N | N | 1 | 812.014(2)(A) | | | |
| Dealing in Stolen Property | N | N | 1 | 812.017 | | | OF THE CODE OF MIAMI |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant

On the 19 day of OCT 99 1145 ☐ A.M. ☒ P.M. (Time)     NW 20 ST 20 AVE (Location, include name of business)

committed the following violation of law: Narrative: (Be specific) A BOLO WAS ISSUED REFERENCE A STOLEN
TRACTOR TRAILER WITH THE NAME OF CONSOLIDATED FREIGHT WAYS
ON THE SIDE AND A TRACTOR #79-0917. THE VEHICLE WAS
STOPPED BY OFC J. PASTOR (18M) 5553 AT NW 20 ST & 20 AVE. AFTER
FURTHER INVESTIGATION FHP STATED THAT THE VEHICLE WAS
STOLEN FROM SR 91 & E-116 WHICH IS A TRUCK STATION AREA IN
JUPITER, FLA. THE TRAILER BELONS TO CONSOLIDATED.   PAGE 1 OF 2

Hold for Other Agency   Agency ___   Verified by ___   ☐ HOLD FOR BOND HEARING, DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

I swear that the above statement is correct and true to the best of my knowledge and belief. W. ALFONSO

Officer's Name (Print)

Officer's Signature   0096 (26)

Department Name   Court ID Number/Loc. Code

Sworn to and subscribed before me, the undersigned authority, this ___ OCT ___ 99

Deputy of the Court or Notary Public

I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Family Division Juvenile Section) anytime that my address changes.

☐ You need not appear in court but must comply with the instructions on the reverse side hereof.

Signature of Defendant / Juvenile and Parent or Guardian

32.02.09-9   Rev. 2-99

**MDPD RECORDS COPY**

## COMPLAINT/ARREST AFFIDAVIT
## CONTINUATION

| OBTS Number | | ☒ Felony ☐ Misdemeanor ☐ Traffic ☐ Juvenile ☐ Warrant | 99-86324 | 2931018Y | Police Case No. |
|---|---|---|---|---|---|
| IDS No. | Agency Code 01 | Municipal P.U. Del. IO No. | | | Court Case No. 9903 |

| DEFENDANT'S NAME   Last   First   Middle | DOB mo/day/yr |
|---|---|
| RODRIGUEZ EDUARDO VILAHY | 01/6/12 4/95 2 |

| ADDITIONAL CHARGES | Activity | Type | Counts | STATUTE | ☐ AG ☐ CAPIAS ☐ TW ☐ FW ☐ TW ☐ CI F | VIOLATION OF RECE. |
|---|---|---|---|---|---|---|
| • | | | | | | |
| • | | | | | | |
| • | | | | | | OF THE CODE OF |

FREIGHTWAYS And The TRACTOR was stolen From Ryder TRANSPORTA-
TION. The TRAILER Contained 23 PALLETS Containing AM/FM
C.D. RADIOS And MISC Computer EQUIPMENT And PARTS. NOTE THE
TRAILER was stolen Superately From The TRACTOR AT THE TIME
OF THEFT. Miranda was READ Per CARD To the DEF. HE then
STATED THAT HE MET The Original DRIVER AT I-95 And
was TOLD To DRIVE To NW 13 Ave And 21ST TO DROP OFF
The CARGO And he would Then Collect $300.°° for his
SERVICE. DEF ARRESTED On ABOVE CHARGE.

PAGE 2 OF 2

| Hold for Other Agency | | HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing.) | ☐ | I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court Juveniles notify Family Division Juvenile Section anytime that my address changes. |
|---|---|---|---|---|
| Agency _____ Verified by _____ | | | | |
| I Swear that the above Statement is correct and true to the best of my knowledge and belief. | | Sworn to and subscribed before me, the undersigned authority, this ____ OCT ____ 19 ____ | | |
| W. ALFONSO | | | ☐ | You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| Officer's Name (Print) | | | | |
| _____ | | _____ | | |
| Officer's Signature | | Deputy of the Court or Notary Public | | |
| MD) | 0096 (24) | | | |
| Department Name | Court ID Number/Loc. Code | | | Signature of Defendant / Juvenile and Parent or Guardian |
| 32.02.00-6A   Rev. 3/99 | | MDPD RECORD COPY | | |

COMPLAINT/ARREST AFFIDAVIT                    10/20/99

| OBTS Number | ☐ Felony ☐ Misdemeanor ☐ Traffic ☐ Juvenile ☐ Warrant | Jail No. 99-88324 | | | Police Case No. |
| 1 3 0 1 0 7 9 0 4 | | | | | |

| IDS No. 8906235 | Agency Code CO | Municipal P.D. Det. ID No. | MDPD Records and ID No. 400260 | Court Case No. |

| DEFENDANT'S NAME | Last | First | Middle | DOB mo/day/yr 04/27/1952 | Sex M | Race W | Ethnic | Height | Weight | Hair | Eyes |
| Rodriguez, Eduardo | | | | | | | | | | | |

| LOCAL ADDRESS | Street 2035 SW. 24 ST. | City | State | Zip | Phone | Alias |

| PERMANENT ADDRESS | Street | City | State | Zip | Phone | Address Source ☐ Verbal ☐ Voter's I.D. ☐ Driver's License ☐ Other |

| BUSINESS ADDRESS | Street | City | State | Zip | Phone | Occupation | Place of Birth |

| DRIVER'S LICENSE NO | State | Social Security No. | Scars, Tattoos, Unique Physical Features |

| Weapon Seized? Type ☐ Yes ☐ No | Arrest Date mo/day/yr 10/21/1997 | Arrest Time 1105 ☑ A.M. ☐ P.M. | Arrest Location (include name of business) R.C.C. BLDG TIER 45 | GRID |

| If Def. has Concealed Weapons Permit PERMIT # W- | For Robbery, Burglary, F/A Viol: Suspected history of drug involvement? ☐ Yes ☐ No | No. Cases Cleared | Influence of Drugs ☐ Yes ☐ No ☐ Unk | Influence of Alcoh. ☐ Yes ☐ No ☐ Unk | Citizenship | Resid. Type ☐ City ☐ Florida | ☐ Dade ☐ Out of State |

| CO-DEFENDANTS | Last | First | Middle | DOB mo/day/yr / / | ☐ In Custody ☐ Felony ☐ Juvenile ☐ At Large ☐ Misdemeanor |
| 1. | | | | | |
| 2. | Last | First | Middle | DOB mo/day/yr / / | ☐ In Custody ☐ Felony ☐ Juvenile ☐ At Large ☐ Misdemeanor |

| DRUG ACTIVITY | B. Sell | R. Smuggle | K. Dispense/ | M. Manufacture/ | DRUG TYPE | B. Barbiturate | H. Hallucinogen | P. Paraphernalia/ | U. Unknown |
| N. N/A | S. Buy | D. Deliver | Distribute | Produce/ | N. N/A | C. Cocaine | M. Marijuana | Equipment | Z. Other |
| P. Possess | T. Traffic | E. Use | Z. Other | Cultivate | A. Amphetamine | E. Heroin | O. Opium/Deriv. | S. Synthetic | |

SIGNAL: ☐ 100   ☐ 150   ☐ 200   ☐ 250   ☐ 300   ☐ 400

| CHARGES | Activity | Type | Counts | STATUTE | D.V. | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐CIT# | VIOLATION OF SECT. |
| 1. E. THEFT (2) DEPTS Prop | | | | F.99.31264 | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | OF THE CODE OF |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant

On the 21 day of OCT 99 1105 ☑ A.M. ☐ P.M.
(Time)

(Location, include name of business)

committed the following violation of law. Narrative: (Be specific) RE-VOKE BOND NO BOND. CONT. 1/9
RPT _____ FERR VIOL 3/29, _____

PAGE____OF____

| Hold for Other Agency | HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notices concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Family Division Juvenile Section) anytime that my address changes. |
| Agency _____ Verified by _____ | | |
| I swear that the above statement is correct and true to the best of my knowledge and belief. | Sworn to and subscribed before me, the undersigned | |
| LUIS A. LUIS | authority, this _____ day of | |
| Officer's Name (Print) | | You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| Officer's Signature | | |
| 3129 CO | Deputy of the Court or Notary Public | |
| Department Name | Court ID Number/Loc. Code | Signature of Defendant / Juvenile and Parent or Guardian |

02.00-9   Rev. 2/99

**MDPD RECORDS COPY**



## MIAMI-DADE COUNTY
## CORRECTION AND REHABILITATION DEPAR
## JAIL BOOKING RECORD

M.W.D.C. Medical Transfer
Do Not Return

RIGHT THUMB PRINT

| JAIL NUMBER | DEFENDANT NAME | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|
| 990003324 | RODRIGUEZ, EDUARDO VILARO | W | M | 04/27/52 |

| ADDRESS | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 2635 S W 24 ST | | 508 | 165 | BRO | BRO | |

| CITY AND STATE | RESIDENCE | TOB | TU | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|
| MIAMI FL | DADE | 23145 | 0530 | 10/20/99 | |

| COURT CASE NUMBER | PRINT | ARREST LOCATION | 263 |
|---|---|---|---|
| F99-035581 | Y | N W 20 ST 20 AVE | |

#400260

| DATE | REC | INPUT NUMBER | CHARGE DESCRIPTION / PENALTIES | NO. | CASE / WARR. NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 10/20/99 | | 99120140026 | GRAND THEFT 3RD DEGREE/VEHICLE | | F99-035581 | 5000 |
| | | 99120140021 | GRAND THEFT 3RD DEGREE/5000 | | | 5000 |
| | | | TRAILER | | | |
| | | 99120140021 | GRAND THEFT 3RD DEGREE/5000 | | | 5000 |
| | | | (PROPERTY) | | | |
| | | 99120140011 | STOLEN PROPERTY/DEALING IN | | | 5000 |
| | | | LIC ON FELONY/DUID | | | |
| 10/21/99 | | Chg #6 | GRD/THFT 1 DEGRE/STOLEN PRO/DEALIN | 01 | TC F99-35264 | No Bond |
| | | | Added per Lid's d/r #2569/BH0109 | | | |

### DISPOSITIONS

| 10/20 | (CHG 1-4) F99 035581        Arr. 11/9 Firtel |
|---|---|
| | Bond $22,500                    [initials] 04/6 |
| 10/21 | 99.35264 REVOKE BOND: NO BOND: CONT. 11/9 RPT: |
| | 99.35581: Cont. 11/9 ACR    —o—   FIRTEL (illeg) 3129 |
| 11/03 | 99-35581; 99-35264: Cont. 11/9 rpt. Crespo/Pintel KW408 |
| 11/9 | 99.35581, 99.30264 Cont. 11/18 ARR: FIRTEL (illeg) 3529 |
| 11/18 | 99.35581: BOND reduced TO $17,500.** : CONT. 9/14 TR— |
| | 99.35264: NO ACTION PER SAO: —o— FIRTEL (illeg) 3529 |

### COMMENTS

| 10/20 | Hold for Firtel 10/21 F99.35264 [illeg] |
|---|---|
| | CHG 6: N/A PER SAO: [illeg] RELEASED |

CJS

| MOTHERS MAIDEN NAME | | BOND AMOUNT | | BONDSMAN NAME | | BONDSMANS |
|---|---|---|---|---|---|---|
| | R E L E A S E | 17,500 | | M GONZALEZ | | 2452 |
| FATHERS NAME | I N F O | BONDING COMPANY | | | | PASS NUMBER |
| | | CHI | | | | |
| | | RELEASED BY | DATE OF RELEASE | TIME OF RELEASE | POWER NUMBER | |
| | | 09148 | NOV 16 1999 | 1710 | 3000206470 | |

# COMPLAINT/ARREST AFFIDAVIT

BH

**OBTS Number:** 

- [x] Felony  [ ] Misdemeanor  [ ] Traffic  [ ] Juvenile  [ ] Warrant

Jail No. **5373X**  

Police Case No. **36144—X**

**IDS No.:**  Agency Code **301**  Municipal P.D. Def. ID No.  MDPD Records and ID No. **400260**  Court Case No. **F0002179**

**DEFENDANT'S NAME** (Last, First, Middle): **RODRIGUEZ, EDUARDO VILANY**  
**DOB mo/day/yr:** 04/27/1952  **Sex:** M  **Race:** W  **Ethnic:**  **Height:** 5-08  **Weight:** 160  **Hair:** BLK  **Eyes:** BRN.

**LOCAL ADDRESS** (Street): 2835 SW 24 ST  **City:** MIAMI  **State:** FL  **Zip:** 33145  **Phone:**  
**Alias:** JOSE CANDIDO

**PERMANENT ADDRESS:** N/A  
**Address Source:** [x] Verbal  [ ] Voter's I.D.  [x] Driver's License  [ ] Other

**BUSINESS ADDRESS:** N/A  **Occupation:** UNEMPLOYED  **Place of Birth:** CUBA

**DRIVER'S LICENSE NO.:** R360-318-52-147-0  **State:** FL.  **Social Security No.:** 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  **Scars, Tattoos, Unique Physical Features:** ST. LAZARO (BACK)

**Weapon Seized? Type:** [ ] Yes [ ] No  **Arrest Date mo/day/yr:** 07/03/2000  **Arrest Time:** 1255 [ ] A.M. [x] P.M.  **Arrest Location include name of business:** SW 40 ST. & 87 AV. (SHOPPING CENTER)  **GRID:**

**If Def. has Concealed Weapons Permit. PERMIT # W-**  
**For Robbery, Burglary, F/A Viol: Suspected History of drug involvement?** [ ] Yes [ ] No  
**No. Cases Cleared:** 1  
**Influence of Drugs:** [ ] Yes [x] No [ ] Unk.  
**Influence of Alcon.:** [ ] Yes [x] No [ ] Unk.  
**Citizenship:** RESIDENT  
**Resid. Type:** [ ] City [ ] Dade [ ] Florida [ ] Out of State

**CO-DEFENDANTS**

| | Last | First | Middle | DOB mo/day/yr | |
|---|---|---|---|---|---|
| 1. | | | | | [ ] In Custody [ ] Felony [ ] Juvenile / [ ] At Large [x] Misdemeanor |
| 2. | | | | | [ ] In Custody [ ] Felony [ ] Juvenile / [ ] At Large [ ] Misdemeanor |

**DRUG ACTIVITY:** N. N/A  S. Sell  R. Smuggle  K. Dispense/Distribute  M. Manufacture/Produce/Cultivate  P. Possess  B. Buy  D. Deliver  Z. Other  T. Traffic  E. Use

**DRUG TYPE:** N. N/A  A. Amphetamine  B. Barbiturate  C. Cocaine  E. Heroin  H. Hallucinogen  M. Marijuana  O. Opium/Deriv.  P. Paraphernalia/Equipment  S. Synthetic  U. Unknown  Z. Other

**SIGNAL:** [ ] 100  [ ] 150  [ ] 200  [ ] 250  [ ] 300  [ ] 400

| CHARGES | Activity | Type | Counts | STATUTE | D.V. | [ ]AC [ ]CAPIAS [ ]BW [ ]FW [ ]PWC [ ]CIT# | VIOLATION OF SECT. |
|---|---|---|---|---|---|---|---|
| 1. BURGLARY (VEHICLE) (ATTEMPT) | N | N | 1 | 810.02 | | | 21-81A |
| 2. POSS. OF BURGLARY TOOLS | N | N | 1 | 810.06 | | | |
| 3. DWLS | | | | 322.34(2) | | | 0776-AID |
| | | | | | | | OF THE CODE OF DADE |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant On the **03** day of **JULY** **2000** at **12mn** [ ] A.M. [x] P.M. (Time) **SW 40 ST. & 87 AV. (SHOPPING CENTER)** (Location, include name of business)

committed the following violation of law; Narrative; (Be specific) **△ WAS OBSERVED LOITERING IN THE REAR OF THE OFFICE DEPOT. △ THEN WALKED OVER TO A TRACTOR TRAILER THAT WAS PARKED IN THE REAR OF THE PLAZA. △ STOOD BY THE BACK OF THE TRAILER AND ATTEMPTED TO PULL [illegible] ... AND PULLED OUT A [illegible] SCREWDRIVER AND ATTEMPTED TO PRY OPEN THE COMPARTMENTS ON THE TRACTOR** PAGE 1 OF 2

**Hold for Other Agency:** Agency _____ Verified by _____  
I Swear that the above Statement is correct and true to the best of my knowledge and belief.

**Officer's Name (Print):** APPLEBY, W  
**Officer's Signature:** [signature]  
**Department Name:** MDPD  **Court ID Number/Loc. Code:** 2062 (DS)

[ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

Sworn to and subscribed before me, the undersigned, authority, this **3** day of **JULY 2000** [signature] Deputy of the Court or Notary Public

I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Family Division Juvenile Section) anytime that my address changes.

[ ] You need not appear in court, but must comply with the instructions on the reverse side hereof.

**Signature of Defendant / Juvenile and Parent or Guardian**

32.02.09-9  Rev. 2/99

MDPD RECORD COPY (T)

# COMPLAINT/ARREST AFFIDAVIT
## CONTINUATION

BN

| OBTS Number | | ☒Felony ☐Misdemeanor ☐Traffic ☐Juvenile ☐Warrant | Jail No. 53734 | | Police Case No. 361441-X |
|---|---|---|---|---|---|
| IDS No. | Agency Code 30 | Municipal P.D. Def. ID No. | DSO Records and ID No. | | Court Case No. F0002179 |

DEFENDANT'S NAME: RODRIGUEZ, EDUARDO VILAHU   DOB 04/07/52

| ADDITIONAL CHARGES | Activity | Type | Counts | STATUTE | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐CIT# | VIOLATION OF SECT |
|---|---|---|---|---|---|---|
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | OF THE CODE OF |
| 8. | | | | | | |

A WAS UNSUCCESSFUL IN GAINING ENTRY. A THEN GOT BACK IN HIS VEHICLE AND DROVE UP TO ANOTHER TRACTOR, THAT WAS PARKED IN THE REAR ALSO. A WAS THEN STOPPED AND READ MIRANDA BY DET. G. CARRERAS #3456. A STATED HE WAS TAKING A LEAK. A WAS ARRESTED AND TAKEN TO TGK VIA STA #03.

PROPERTY WAS IMPOUNDED AT MDPD PROP. & EVID. AUTO THEFT DET. J. HERNANDEZ WAS CONTACTED.

PREFILE SET FOR: 07/10/00 AT 1:30pm w/ASA BETTENDORF

PAGE 2 of 2

MDPD RECORD COPY

## COMPLAINT/ARREST AFFIDAVIT

| OBTS Number | | Felony ☒  Misdemeanor ☐  Traffic ☐  Juvenile ☐  Warrant ☐ | Jail No. M-53734 | | Police Case No. |
|---|---|---|---|---|---|

| IDS No. | Agency Code 60 | Municipal P.D. Dept. ID No. | MDPD Records and ID No. 400260 | Court Case No. |
|---|---|---|---|---|

**DEFENDANT'S NAME** (Last, First, Middle): Rodriguez, Eduardo V.

| DOB mo/day/yr 04-27-1952 | Sex M | Race W | Ethnic | Height 508 | Weight 160 | Hair BLK | Eyes BRO |
|---|---|---|---|---|---|---|---|

LOCAL ADDRESS (Street, City, State, Zip, Phone)

PERMANENT ADDRESS (Street, City, State, Zip, Phone) — Address Source: Verbal ☐  Voter's I.D. ☐  Driver's License ☒  Other ☐

BUSINESS ADDRESS (Street, City, State, Zip, Phone) — Occupation — Place of Birth

DRIVER'S LICENSE NO. — State — Social Security No. — Scars, Tattoos, Unique Physical Features

| Weapon Seized? Yes ☐ No ☒  Type | Arrest Date mo/day/yr 07-05-2000 | Arrest Time 1100 A.M.☒ P.M.☐ | Arrest Location R.E.G. Bldg Ctrm 4-5 | GRID |
|---|---|---|---|---|

If Def. has Concealed Weapons Permit. PERMIT= W-

For Robbery, Burglary, F/A Viol: Suspected History of drug involvement? Yes ☐ No ☐

No. Cases Cleared | Influence of Drugs: Yes ☐ No ☐ Unk. ☐ | Influence of Alcoh.: Yes ☐ No ☐ Unk. ☐ | Citizenship | Resid. Type: City ☐ Florida ☐ Dade ☐ Out of State ☐

CO-DEFENDANTS:
1. (Last, First, Middle) — DOB mo/day/yr / / — In Custody ☐ At Large ☐ Felony ☐ Misdemeanor ☐ Juvenile ☐
2. (Last, First, Middle) — DOB mo/day/yr / / — In Custody ☐ At Large ☐ Felony ☐ Misdemeanor ☐ Juvenile ☐

DRUG ACTIVITY: N. N/A  P. Possess  S. Sell  B. Buy  T. Traffic  R. Smuggle  D. Deliver  E. Use  K. Dispense/Distribute  Z. Other  M. Manufacture/Produce/Cultivate

DRUG TYPE: N. N/A  A. Amphetamine  B. Barbiturate  C. Cocaine  E. Heroin  H. Hallucinogen  M. Marijuana  O. Opium/Deriv.  P. Paraphernalia/Equipment  S. Synthetic  U. Unknown  Z. Other

SIGNAL: 100 ☐  150 ☐  200 ☐  250 ☐  300 ☐  400 ☐

| CHARGES | Activity | Type | Counts | STATUTE | O.V. | AC☐ CAPIAS☐ SW☐ FW☐ PWO☐ Cite☐ | VIOLATION OF SECT. |
|---|---|---|---|---|---|---|---|
| 1. Grand Theft 1º / Grand Theft 2º | | | | F99-35581 | | | ✓ |
| 2. | | | | | | | |
| 3. | | | | | | | OF THE CODE OF |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant

On the 5 day of July 2000 At 1100 A.M.☒ P.M.☐ (Time)    Location: Ctrm 4-5 R.E.G. Bldg

committed the following violation of law; Narrative: (Be specific) Revoke Bond, No Bond Cont. 7/24 rpt. Per Judge Gretel

PAGE ____ OF ____

Hold for Other Agency — Agency ____ — Verified by ____

HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). ☐

I Swear that the above statement is correct and true to the best of my knowledge and belief.

Officer's Name (Print): A. Witherspoon
Officer's Signature: A. Witherspoon
Department Name: CTR — Court ID Number/Loc. Code: 4095 60

Sworn to and subscribed before me, the undersigned authority, this ____ day of ____

____ Deputy of the Court or Notary Public

I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Family Division Juvenile Section) anytime that my address changes. ☐

You need not appear in court, but must comply with the instructions on the reverse side hereof. ☐

Signature of Defendant / Juvenile and Parent or Guardian

S2.02.09-9  Rev. 2/99

**MDPD RECORDS COPY**