UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.  CASE NO. 00-6360-CR-DIMITROULEAS

EDUARDO VILAHO RODRIGUEZ

| TYPE OF CASE: | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**November 26, 2001 AT 9:15 A.M.**

TYPE OF HEARING: Jury Selection and Trial

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: November 14, 2001

cc:  Donald Chase, AUSA
     Manuel Gonzalez, Esq.

