UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

    Petitioner,

vs.

EDUARDO VILAHO RODRIGUEZ,

    Respondent.
_____/

### ORDER DEFERRING RULING

THIS CAUSE having been heard upon the Defendant's November 16, 2001 Motion In Limine [DE-320]; the Court defers ruling until the morning of jury selection.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of November, 2001.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Manuel Gonzalez, Jr., Esquire
782 N.W. Le Jeune Road, #440
Miami, FL 33126

Don Chase, AUSA

