# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6360-CR-WPD   DATE: November 23, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: ____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Eduardo Rodriguez

U.S. ATTORNEY: Wm Chase   DEFT. COUNSEL: Elio Vasquez

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 2. Gvt agrees to dismiss remaining Counts at time of sentencing.

Court accepts guilty plea.

CASE CONTINUED TO: 2/1/02   TIME: 9:30   FOR: Sentencing
MISC: Written plea agreement filed

