UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.

EDUARDO RODRIGUEZ,

      Defendants.

_____/

Case No. 00-6360-CR-DIMITROULEAS

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

    COMES NOW, Manuel Gonzalez, Esq., counsel for Defendant hereby stipulates that ELIO VAZQUEZ, ESQ., shall substitute as counsel for the Defendant in the above styled cause. And request that copies of any and all pleadings, notices, correspondence and/or other matters pertaining to this cause be directed to ELIO VAZQUEZ, ESQ. on behalf of the Defendant,

Respectfully submitted,

| | |
|---|---|
| Manuel Gonzalez, Esq. | ELIO VAZQUEZ, ESQ. |
| 782 N.W. Le June Rd., Suite 440 | 6780 Coral Way |
| Miami, Florida 33126 | Miami, Florida 33155 |
| (305) 567-0100 | (305) 444-5567 |
| BY:_____ | BY:_____ |
|    Manuel Gonzalez, Esq. |    ELIO VAZQUEZ, ESQ. |
|    Florida Bar No. |    Florida Bar No. 746177 |

Dated: November 21, 2001

