# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.                                          Case No. 00-6360-CR-DIMITROULEAS

EDUARDO RODRIGUEZ,

      Defendants.

_____/

## NOTICE OF APPEARANCE
### (Florida Bar No. 746177)

    COMES NOW, EDUARDO RODRIGUEZ, the Defendant by and through his

undersigned counsel and alleges as follows: ELIO VAZQUEZ, ESQ., hereby makes

his/hers appearance as Counsel of record on behalf of the Defendant, EDUARDO

RODRIGUEZ, and requests that all pleadings, notices, and/or other papers be sent to said

counsel by the clerk of the above court. The notice of appearance is filed for trial purpose

only and not for any appeal purpose.

## CERTIFICATE OF SERVICE

    I hereby state that a true and correct copy of the above and foregoing was
furnished by US Mail/hand delivery this 2 day of November 2001 to: Assistant U.S.
Attorney, Donald Chase, U.S. Attorney's Office, 500 E. Broward Boulevard, Suite 700,
Ft. Lauderdale, Florida 33394.

Respectfully submitted,

ELIO VAZQUEZ, ESQ.
6780 Coral Way
Miami, Florida 33155
(305) 444-8567

BY:_____
    ELIO VAZQUEZ, ESQ.

