# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____
FEB 01 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6360-CR-WPD    DATE: February 1, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Eduardo Rodriguez

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Elio Vasquez

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 10 months BOP, 3 years supervised Release, no Fine, $100.00 Assessment, $96,480.60 Joint & Several liability to be paid during the period of supervised Release. Dft Remanded to Custody. If ordered deported, the defendant shall remain outside the United States.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Dft Informed of Right to Appeal. Court Recommends designation to SD/FL.

335