Case 0:00-cr-06360-WPD   Document 342   Entered on FLSD Docket 04/12/2002   Page 1 of 1
USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case
Page 2 of 6

DEFENDANT: EDUARDO VILAHO RODRIGUEZ
CASE NUMBER: 00-6360-CR-WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **10 Months**.

The Court recommends to the Bureau of Prisons:

That the defendant be designated to a facility in South Florida.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  3-26-02  to  BOP FCI Miami

at  Miami, FL , with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By: Tina Nolan, LtE
~~Deputy U.S. Marshal~~

