ERS:rl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs

EDUARDO VILAHO RODRIGUEZ,

    Defendant,

_____/



FILED by ___ D.C.
INTAKE
AUG 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

### SATISFACTION OF JUDGMENT

The joint and several restitution amount having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Date: August 22, 2006   By: _____
Elizabeth Ruf Stein
Assistant U.S. Attorney
FL Bar No. 354945
99 NE 4 Street, Suite 313
Miami, FL 33132-2111
TEL (305)961-9313
FAX (305)530-7195
elizabeth.stein@justice.usdoj.gov

